# ELECTRONIC RECORD

COA #   07-14-00133-CR                OFFENSE:   30.02F1

STYLE:   Preston Dennard Massey v. The
State of Texas                COUNTY:   Ellis

COA DISPOSITION:   MODIFIED/AFFIRMED    TRIAL COURT:   40th District Court

DATE: 06/05/2015              Publish: NO   TC CASE #:   37429CR

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Preston Dennard Massey v. The
State of Texas               CCA #:   946-15

_____ PRO SE _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:   _____

_____ REFUSED _____             JUDGE:   _____

DATE: 11/04/2015                SIGNED: _____     PC: _____

JUDGE: _____           PUBLISH: _____     DNP: _____

-----------------------------

                                       _____ MOTION FOR

                          REHEARING IN CCA IS: _____

                          JUDGE: _____

# ELECTRONIC RECORD